# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUPERTS COURT TRUST,
                    Appellant,
        vs.
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
                 Respondent.

No. 81735

**FILED**

MAY 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rob Bare, District Judge
        Jay Young, Settlement Judge
        Roger P. Croteau & Associates, Ltd.
        Wolfe & Wyman LLP
        Eighth District Court Clerk

21-14353